UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

T–Rex Property AB
                              Plaintiff,

v.                                                            Case No.: 1:16–cv–04826
                                                              Honorable Joan H. Lefkow

Contextmedia Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow:Defendants' motion to dismiss [18] is moot. Defendants' motion for extension of time to answer or otherwise plead [23] is granted to 8/29/2016. Motion is stricken from the Court's call of 7/27/2016. Status hearing is set for 9/14/2016 at 09:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.